UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

QUY NGOC NGO,
    Petitioner,

v.

TIMOTHY S. AITKEN, et al.,
    Respondents.

Case No. 16-cv-05958-KAW (PR)

**ORDER OF DISMISSAL**

On October 14, 2016, Petitioner Quy Ngoc Ngo filed a petition under 28 U.S.C. § 2241 seeking relief from detention by Immigration and Customs Enforcement. On November 11, 2016, the Court issued an order for Respondents to show cause why the petition should not be granted.

On February 1, 2017, Respondent responded to the order to show cause and notified the Court that Petitioner had been released from custody on December 30, 2016. *See* Molinari Declaration, Ex. A. Respondent requests the Court dismiss the petition as moot.

Because Petitioner is no longer in custody, the petition is now moot. The case is dismissed. The Clerk shall enter a separate judgment and close the file.

IT IS SO ORDERED.

Dated: 4/6/17

KANDIS A. WESTMORE
United States Magistrate Judge